### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| Mark Fultz,<br><br>   Plaintiff,<br><br>v.<br><br>The Brick, LLC,<br><br>   Defendant. | Civil Action No. 2:21-cv-3140-BHH<br><br><br>**STIPULATION OF DISMISSAL**<br>*(With Prejudice)* |

  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mark Fultz and Defendant The Brick, LLC, by and through their undersigned counsel, hereby stipulate to the dismissal of this action in its entirety, with prejudice.

  Respectfully submitted this 28th day of January, 2022.


LAW OFFICE OF ANTHONY BRADY, JR.

By: *s/Anthony J. Brady, Jr.*
Anthony J. Brady, Jr.
SC Bar No. 15506
1670-9 Springdale Drive
PMB 159
Camden, SC 29020
Telephone: (561) 603-6387
Email: ladbrady@gmail.com

*Attorneys for Plaintiff*


LITTLER MENDELSON, PC

By: *s/Katie E. Towery*
William H. Foster
Federal Bar No. 6221
Email: bfoster@littler.com
Katie E. Towery
Federal Bar No. 12861
Email: ktowery@littler.com
110 E. Court Street, Suite 201
Greenville, SC 29601
Telephone: (864) 775.3193

*Attorneys for Defendant*